IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. : | |
| : | Case No. 3:10-cv-02717 |
| Plaintiff, : | |
| v. : | |
| : | |
| LYDIA ERTLE, et al. : | Judge James J. Carr |
| : | |
| Defendants. : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY

This cause is before the Court upon the Plaintiff's motion to expedite discovery. It appearing to the Court that said motion is justified and reasonable under the pending circumstances, and it further appearing that good cause exists to accelerate discovery in this case, said motion is hereby found WELL-TAKEN, and is hereby GRANTED in all respects. Defendants shall respond to Plaintiff's requests for document production on or before December 15, 2010, and Defendants, Lydia Ertle and Thomas Gamble, shall promptly thereafter appear and provide sworn deposition testimony in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
United States District Court Judge