IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AAMCO Transmissions, Inc. | * | Case No.: 3:10-CV-02717-JGC |
| Plaintiff | * | Judge James G. Carr |
| v. | * | **ENTRY OF** |
| | | **APPEARANCE** |
| Lydia Ertle, et al. | * | |
| Defendants. | * | Daryl K. Rubin (0005522) |
| | * | Rubin & Zyndorf Associates |
| | | 2127 Monroe Street |
| | * | Toledo, OH 43604 |
| | | P: 419-244-7482 |
| | * | F: 419-244-7485 |
| | | drubin@rubin-zyndorf.com |
| | * | Attorney for Defendants, Lydia |
| | | Ertle and Mechanical Woman, Inc. |

\* \* \* \* \* \*

Now comes Daryl K. Rubin, Attorney, who formally enters his appearance for

Defendants, Lydia Ertle and Mechanical Woman, Inc., in the above captioned case.

_/s/ Daryl K. Rubin_____
Daryl K. Rubin
Attorney at Law

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served upon, via Mail this 20th day of December 2010 at Mr. James Goniea at 201 Gibralter Road, Horsham, PA 19044; Mr. Keith A. Wilkowski at Marshall & Melhorn, 8th Floor, Four SeaGate, Toledo, OH 43604; Mr. William G. Jameson at Suite 150, 201 Gilbraltar Road, Horsham, PA 19044; and Mr. Roman Arce at Marshall & Melhorn, 8th Floor, Four SeaGate, Toledo, OH 43604

/s/ Daryl K. Rubin
Daryl K. Rubin
Attorney at Law