**IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| AAMCO Transmissions, Inc. | * | Case No.: 3:10-CV-02717-JGC |
| Plaintiff | * | Judge James G. Carr |
| v. | * | **MOTION FOR EXTENSION OF TIME FOR RESPONSIVE** |
| Lydia Ertle, et al. | * | **PLEADING** |
| Defendants. | * | Daryl K. Rubin (0005522) Rubin & Zyndorf Associates |
| | * | 2127 Monroe Street Toledo, OH 43604 |
| | * | P: 419-244-7482 F: 419-244-7485 |
| | * | drubin@rubin-zyndorf.com Attorney for Defendants, Lydia |
| | * | Ertle and Mechanical Woman, Inc. |

* * * *

Now come Defendants, Lydia Ertle and Mechanical Woman, Inc. by and through counsel, Daryl K. Rubin, and respectfully moves this Court for an Extension of Time to file their Responsive Pleading to the Plaintiff's Complaint. This extension is requested due so that counsel may obtain documents from the plaintiff, secure necessary responsive documents from the defendant and research the legal issues involved in this case.

Respectfully submitted,

 /s/ Daryl K. Rubin_____
Daryl K. Rubin
Attorney at Law

**Certificate of Service**

This is to certify that a copy of the foregoing Motion for Extension of Time was sent via ordinary U.S. mail to Mr. James Goniea at 201 Gibralter Road, Horsham, PA 19044; Mr. Keith A. Wilkowski at Marshall & Melhorn, 8th Floor, Four SeaGate, Toledo, OH 43604; Mr. William G. Jameson at Suite 150, 201 Gilbraltar Road, Horsham, PA 19044; and Mr. Roman Arce at Marshall & Melhorn, 8th Floor, Four SeaGate, Toledo, OH 43604, this 20th day of December.

                                        Respectfully submitted,

                                        /s/ Daryl K. Rubin
                                        Daryl K. Rubin
                                        Attorney at Law