**IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**ORDER**

For good cause shown, the *Motion for Extension of Time for Responsive Pleading* heretofore filed on or about January 1, 2011 is

