IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | ) | Case No. 3:10cv2717 |
| | ) | Assigned to Judge James Carr |
| Plaintiff | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LYDIA ERTLE, ET AL., | ) | Vesper C. Williams II |
| | ) | Ohio Supreme Court #0026022 |
| | ) | 4643 Sylvania Avenue |
| | ) | Toledo, Ohio 43623 |
| Defendant | ) | (419) 882-0601 |
| | ) | |
| | ) | Attorney for Defendant Thomas Gamble |

For good cause shown the *Defendant Thomas Gamble's Motion For An Extension of Time to File Responsive Pleading* is hereby granted until on or before January 31, 2011

1/31/2011  
Date

s/ James G. Carr  
Judge James Carr