IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

AAMCO Transmissions, Inc.,            Case No. 3:10CV2717

         Plaintiff

v.                                            ORDER

Lydia Ertle, et al.,

         Defendant

Status conference held January 31, 2011.

It is hereby

ORDERED THAT

1. Case referred to United States Magistrate Judge Vernelis K. Armstrong for settlement conference during last week of March or first week of April, 2011, at a date and time convenient for the parties, counsel and the Magistrate Judge; and

2. Hearing on plaintiff's motion for preliminary injunction set for April 26, 2011, at 8:30 a.m.

3. Parties to submit status report April 15, 2011.

So ordered.

                                                           s/James G. Carr
                                                           United States District Judge