IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

AAMCO Transmissions, Inc.,               :          Case No. 3:10cv2717

               Plaintiff(s),              :

           v.                            :

Lydia Ertle, et al.,                           :          **O R D E R**

             Defendant(s).             :

     At the request of U. S. District Judge James G. Carr, the undersigned will conduct a settlement

conference on **Tuesday, March 29, 2011, at 10:00 a.m.**

     Counsel and principal parties or representatives with full settlement authority shall attend the

settlement conference in person. Not later than two weeks prior to the settlement conference, plaintiff

shall have made a reasonable demand on the defendant, and not later than one week prior to the

conference, defendant shall have given a reasonable response to that demand. **Ex parte narrative**

**statements re. settlement are to be e:mailed to Jo_Ann_Lillibridge@ohnd.uscourts.gov NO**

**LATER THAN ONE WEEK PRIOR TO THE SETTLEMENT CONFERENCE.** Parties to notify

clients.

     So ordered.


                                 /s/ Vernelis K. Armstrong
                                United States Magistrate Judge

Dated:          02/07/11