# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | ) | Case No.  2010-cv-2717 |
| | | |
| Plaintiff, | ) | Judge James G. Carr |
| | | |
| v. | ) | **PLAINTIFF'S MOTION FOR** |
| | | **DEFAULT AS TO DEFENDANTS** |
| LYDIA ERTLE, et al., | ) | **DEBORAH HUNKE, FRED** |
| | | **HUNKE, HUNKE RENOVATION,** |
| Defendants. | ) | **INC. AND LETGO PROPERTIES,** |
| | | **LTD.** |
| | ) | |
| | | Keith Wilkowski (0013044) |
| | ) | Roman Arce (0059887) |
| | | MARSHALL & MELHORN, LLC |
| | ) | Four SeaGate, Eighth Floor |
| | | Toledo, Ohio 43604 |
| | ) | (419) 249-7100 |
| | | (419) 249-7151 (Fax) |
| | ) | wilkowski@marshall-melhorn.com |
| | | arce@marshall-melhorn.com |
| | ) | |
| | | Counsel for Plaintiff |

Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff, AAMCO Transmissions, Inc., hereby moves the court for an entry of judgment in plaintiff's favor against defendants, Deborah Hunke, Fred Hunke, Hunke Renovation, Inc., and Letgo Properties, Ltd. for their failure to move, plead, or otherwise defend against plaintiff's First Amended Complaint (see Declaration of Keith Wilkowski).  Plaintiff also requests that the court set a hearing as to the amount of the judgment, interest, costs, attorney fees and other relief and remedies as the court finds reasonable and appropriate.  A memorandum in support is attached hereto.

Respectfully submitted,

/s/ Keith Wilkowski
Keith Wilkowski (0013044)
Roman Arce (0059887)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
419-249-7100 Phone
419-249-7151 Fax
wilkowski@marshall-melhorn.com
arce@marshall-melhorn.com
Attorneys for Plaintiff
AAMCO Transmissions, Inc.

## MEMORANDUM IN SUPPORT

Defendants Deborah Hunke, Fred Hunke, Hunke Renovation, Inc. and Letgo Properties,

Ltd. were served with a copy of Plaintiff's First Amended Complaint on the following dates:

1. Deborah Hunke          January 6, 2011
2. Fred Hunke             January  6, 2011
3. Hunke Renovation, Inc. January 10, 2011
4. Letgo Properties, Ltd. January 11, 2011

These defendants have failed to move, plead, or otherwise defend against plaintiff's First

Amended Complaint.  Therefore, pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff

moves the court for an entry of judgment against defendants Deborah Hunke, Fred Hunke,

Hunke Renovation, Inc., and Letgo Properties, Ltd. in an amount in excess of $75,000, plus

interest, costs, attorney fees, and any other relief and remedies that the court finds reasonable and

appropriate.  Additionally, plaintiff requests a hearing to determine the amount of damages,

interest, costs, attorney fees, and other equitable relief and remedies as the court may find

reasonable and appropriate.

WHEREFORE, plaintiff prays for judgment against defendants Deborah Hunke, Fred

Hunke, Hunke Renovation, Inc. and Letgo Properties, Ltd. in excess of $75,000.00, plus interest,

2

costs, attorney fees, and any other relief and remedies that this court finds to be reasonable and

appropriate.   Plaintiff also requests that the court set a hearing as to the amount of the above-

mentioned award at the earliest possible opportunity.

Respectfully submitted,

/s/ Keith Wilkowski
Keith Wilkowski (0013044)
Roman Arce (0059887)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
419-249-7100 Phone
419-249-7151 Fax
wilkowski@marshall-melhorn.com
arce@marshall-melhorn.com
Attorneys for Plaintiff
AAMCO Transmissions, Inc.

## CERTIFICATE OF SERVICE

This certifies that on March 29, 2011, the forgoing was filed with the Court electronically.  Notice of this filing will be sent to the parties by operation of the United States District Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, a copy of the foregoing was served this 29th day of March, 2011, via First Class U.S. mail to the following Defendants:

Hunke Renovation, Inc.
c/o National Registered Agents, Inc.
160555 Space Center, Suite 235
Houston, TX  77062

Fred Hunke
2212 Austin Drive
Mesquite, TX  75181

Deborah Hunke
2212 Austin Drive
Mesquite, TX  75181

/s/Keith Wilkowski
Keith Wilkowski
Counsel for Plaintiff