IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

AAMCO Transmissions, Inc.,            Case No. 3:10cv2717

    Plaintiff(s)

v.                                          ORDER

Lydia Ertle, et al.,

    Defendant(s)

Settlement conference was held before the Hon. Vernelis K. Armstrong on March 29, 2011.

The parties having reached a settlement of all matters in dispute, it is hereby

ORDERED THAT:

1.      Dismissal entry is to be filed by April 29, 2011; and

2.      The parties having agreed thereto, any dispute re. terms of settlement is to be submitted to the undersigned District Judge for final adjudication.

So ordered.

                                                 /s/ James G. Carr
                                                 U. S. District Judge